Leon BRESSLIN, respondent, v. TRIBUNE ASSOCIATION, appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1915.) Order affirmed, with $10 costs and disbursements, with leave to defendant to answer within twenty days on payment of the costs and disbursements of this appeal, as well as the costs fixed in the order appealed

from. No opinion. Carr, Stapleton, Mills, and Putnam, JJ., concur. Jenks, P. J., dissents. See Hauptner v. White, 81 App. Div. 153, 80 N. Y. Supp. 895; Newell on Slander & Libel (3d Ed.) § 285.